8/7/07

Dear Clerk,

C 07 4286 CW (PR)

I was misinformed by my appellate attorney into the belief that I had at least 90 days after I received the California Supreme Court's denial of my writ before I would exceed my filing deadline in the federal district court. * Please see advisement on page marked #1, 2nd paragraph. I'm ready to proceed with my exhausted claim or claims. I received my Calif. Supreme Court denials for cases S150880 on 8/2/07 and S151947 on 7/31/07, Both stating (See In re Clark 5 Cal. 4th 750) I was transferred from Calif. Mens Colony to Avenal State Prison on 6/13/07. I've been housed in Administrative Segregation since my arrival. I'm not supposed to be housed at this prison due to my medical condition. I've been taking prescribed narcotic pain medication for my disability since March of 2005. I've been unable to go to the Law Library since my arrival. I requested a writ application from your office in July. As soon as I can obtain an application I will file in the Northern District Court. Hopefully I'm not too late. Please review the initial pages. Thanks for your time. Please see other exhibits

Sincerely, [signature]

I didn't receive my property until 7/27/07.

8/7/07

I believe these extraordinary circumstances beyond my control may have made it impossible to file my petition on time. (9th Cir '97) Calderon V U.S. District Court, 163 F.3d 530

2.

On 6/13/07 I was transferred to Avenal State Prison in violation of Doctors orders. Upon my arrival I was left with the choice of a) violate Doctors orders and accept housing that would put me at greater risk to permanent paralysis or b) be housed in Administrative Segregation pending a hearing on the matter. I chose Segregation. In 2006 I'd been housed on a prison yard identical to these in violation of the same medical chrono. I was attacked from behind while on my knees getting something from my locker. I suffered a Great Bodily Injury. I thought I'd only be in Administrative Segregation a short time until the I.C.C. Hearing in which a decision would be made to transfer me to a facility that coincides with my medical condition and chrono. After 30 days here I requested my property, which contains all of my pending legal material along with informational help from staff on 7/3/07. On 7/17/07 the same property officer came to my cell and said, "I can't find your property." I said, "I've been inside this building since my arrival. I saw my property inside the Receiving and Release building the day I arrived." The officer never brought my property. I filed an inmate appeal (see initialed copies). On 7/27/07 another officer finally did bring me my property. Thanks for your time, [signature]