**LEGAL MATERIAL — CONFIDENTIAL**

Jeff Hancock V-49474/140-103L
#8 Kings Way
Avenal, CA 93204

Office of the Clerk
U.S. District Court
Northern District
of California
450 Golden Gate Ave., Box 36060
San Francisco, CA 94102

RECEIVED
07 AUG 10 PM 4:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

LEGAL MAIL
AUG 8 2007
AVENAL STATE PRISON
MAILROOM

neopost
Mailed From 93204
08/08/2007
$01.480
US POSTAGE