FILED
07 SEP 18 AM 10:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK
Plaintiff,

vs.

D. SEDLEY
Defendant.

CASE NO. C 07 4286 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jeff Hancock, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  8/98 $2,400 Gross monthly $1,800 Net monthly
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.    Business, Profession or                    Yes ___ No _X_
10         self employment
11   b.    Income from stocks, bonds,                 Yes ___ No _X_
12         or royalties?
13   c.    Rent payments?                             Yes ___ No _X_
14   d.    Pensions, annuities, or                    Yes ___ No _X_
15         life insurance payments?
16   e.    Federal or State welfare payments,         Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                            Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   _____
   _____

5. Do you own or are you buying a home?   Yes ___  No _X_
   Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___  No _X_
   Make _____  Year _____  Model _____
   Is it financed? Yes ____ No ____ If so, Total due: $ _____
   Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
   Name(s) and address(es) of bank: _____
   _____
   Present balance(s): $ _____
   Do you own any cash? Yes ___ No _X_ Amount: $ _____
   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _X_
   _____

8. What are your monthly expenses?
   Rent: $ ___0___                Utilities: ___0___
   Food: $ ___0___                Clothing: ___0___
   Charge Accounts:

   | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
   | _____ | $ _____ | $ _____ |
   | _____ | $ _____ | $ _____ |
   | _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$56,000 El Camino Hospital, Mt. View, CA.

$15,000 Washington Hospital, Fremont, CA

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/11/07
DATE

/s/ Hancock
SIGNATURE OF APPLICANT

```
REPORT ID: TS3030                                    REPORT DATE: 08/09/07
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          AVENAL STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : V49474              BED/CELL NUMBER: 140 1 00000003L
ACCOUNT NAME   : HANCOCK, JEFF JAY       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE       DESCRIPTION            COMMENT       HOLD AMOUNT
  -------    ----    ---------------------    ----------    ------------
  7/09/2007  H107    POSTAGE HOLD             700129POST         4.92
  7/09/2007  H107    POSTAGE HOLD             700129POST         6.47


                           TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL      CURRENT     HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
  ---------   --------   -----------  --------   --------   ------------
    0.00        0.00         0.00       0.00      11.39          0.00
```

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.                                            11.39-
ATTEST: 8-9-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

REPORT ID: TS3030  
REPORT DATE: 08/09/07  
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS  
CALIFORNIA MENS COLONY  
INMATE TRUST ACCOUNTING SYSTEM  
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 09, 2007

ACCOUNT NUMBER : 049474  BED/CELL NUMBER:  
ACCOUNT NAME : HANCOCK, JEFF JAY  ACCOUNT TYPE: T  
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE  
0.00

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST: 8-9-07  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____  
TRUST OFFICE