9/11/07

Dear Clerk,

I received a notice in the mail from the Northern District Court stating:

"Your petition has been filed as civil)

case number C 07 4286 (PR)
                    CW

Your petition is deficient because:

1. ✓ You did not pay the appropriate filing fee of $5.00.

I thought I'd sent the In Forma Pauperis Application with the petition?

I've filled out another one just in case.

I filed an appeal as well on 9/4/07.
(mailed)

Thanks for your time.

Jeff Hamod

P.S. My mom's going to try and call to see what she can do to help.