Jeff Hancock V-74474 140-1-11L
#8 Kings Way
Avenal, CA. 93204

LEGAL MAIL
SEP 1 2 2007
AVENAL STATE PRISON
MAILROOM

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

BAKERSFIELD CA 933
MOJAVE
12 SEP 2007 PM 3 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

