

Jeff Hancock V-94474 140-1-11L
H&Kingsway
Avenal, CA 93204

LEGAL MAIL
JAN 2 5 2008
AVENAL STATE PRISON MAILROOM

Office of the Clerk
Court Northern District of
California
1301 Clay St, Suite 400S
Oakland CA 94612-5212

neopost
Mailed From 93204
01/25/2008
US POSTAGE
$00.410
049J620422606